No. 1074, Misc. HAYES *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. *Lewis T. Booker* for petitioner.

No. 764, Misc. OGDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Daniel G. Marshall* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 878, Misc. DURR *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 79. 2,872.88 ACRES OF LAND ET AL. *v.* UNITED STATES, *ante,* p. 192;

No. 108. SEARS, ROEBUCK & CO. *v.* STIFFEL COMPANY, *ante,* p. 225;

No. 680. WOLFSOHN, EXECUTRIX, *v.* HANKIN ET AL., *ante,* p. 203;

No. 756. BADGER *v.* UNITED STATES, *ante,* p. 914;

No. 769. RODGERS *v.* BALTIMORE & OHIO RAILROAD CO., *ante,* p. 932; and

No. 773. GENERAL RADIO CO. *v.* SUPERIOR ELECTRIC CO., *ante,* p. 938. Petitions for rehearing denied.

No. 216. IN RE ESTATE OF WILLIAMS, *ante,* p. 902; and

No. 234. GINSBURG *v.* STERN ET AL., *ante,* p. 930. Petitions for rehearing sur motion for docketing and submission of petitioner's motion to remand denied.